IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| EDDIE WOOTEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>McDONALD TRANSIT ASSOCIATES, )<br>INC., )<br>)<br>Defendant. ) | Civil Action No. 5:12-CV-100-C |

## DEFAULT JUDGMENT

On June 7, 2013, the Court heard and considered Plaintiff's Motion for Entry of Default Judgment wherein Plaintiff, Eddie Wooten, seeks default judgment against Defendant, McDonald Transit Associates, Inc. After considering the evidence, the Court grants Plaintiff's Motion for Default Judgment and enters judgment accordingly.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff, Eddie Wooten, shall have judgment against Defendant, McDonald Transit Associates, Inc., in the amount of forty-four thousand four hundred dollars ($44,400.00) for back wages; four thousand nine hundred dollars ($4,900.00) for incurred healthcare expenses that would have been covered under Plaintiff's health insurance provided by Defendant; six thousand five hundred dollars ($6,500.00) for the lost value of Defendant's contribution to Plaintiff's retirement plan; and seven thousand five hundred dollars ($7,500.00) in reasonable and necessary attorney's fees.

Post-judgment interest shall accrue at the rate of 0.14 percent per annum from June 7, 2013, until paid. Plaintiff is awarded costs of court, and Plaintiff is allowed such writs and

processes as may be necessary in the enforcement and collection of this Judgment against Defendant.

Dated this 7th day of June, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE