# Exhibit "B"



We go wherever life takes you >

From the desk of
Chris Mandrell
Director of Human Resources

P.O. Box 2000, Lubbock, Tx 79457
801 Texas Ave., Lubbock, Tx 79401
806. 712. 2002
cmandrell@citibus.com

www.citibus.com

November 23, 2011

Cathy Blanco
EEOC El Paso Area Office
300 E. Main Suite 500
El Paso, TX 79901

RE: Charge Number 453-2012-0068

Dear Ms Blanco:

After receiving and reviewing the EEOC charge from claimant Eddie Wooten, he is charging McDonald Transit as the employer. However, Mr. Wooten was never an employee of McDonald Transit. His only employment was with City Transit Management Company, Inc. d/b/a Citibus.

Please advise on how we are to proceed with this claim. Your assistance is greatly appreciated.

Sincerely,

Chris Mandrell
Director of Human Resources



A McDonald Transit Associates, Inc. Contract Operator

EEOC Form 161 (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Eddie Wooten
2407 33rd Street
Lubbock, TX 79411

From: El Paso Area Office
300 E. Main Suite 500
El Paso, TX 79901

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2011-07746 | M. Y. Moore, Investigator | (915) 534-4507 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*for M. Y. Moore*

Jeffrey H. Zelmanow,
Area Office Director

MAR 30 2011
(Date Mailed)

Enclosures(s)

cc: Julie Rowden
Director of Human Resources
CITI BUS TRANSIT
801 Texas Ave
Lubbock, TX 79401

J. Craig Johnson
Attorney at Law
2402 52nd Street, Suite 12
Lubbock, TX 79412



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**El Paso Area Office**

300 E. Main Dr., Suite 500
El Paso, TX 79901-1331
Toll Free: 866-408-8075
Potential Charge Inquiries: 800-669-4000
TTY (915) 534-6710
FAX (915) 534-6701
http://www.eeoc.gov

Dallas District Office
San Antonio Field Office
El Paso Area Office

CITI BUS TRANSIT
801 TEXAS AVE
LUBBOCK TX 79401

RE: Charge Number: 846-2011-07746
    Charging Party: EDDIE WOOTEN
    Respondent: CITI BUS TRANSIT

Dear Sir/ Madam:

As a follow up to our previous mediation notice to you, the Equal Employment Opportunity Commission (EEOC) is unable to schedule mediation for this charge because not **all parties** agreed to mediate. One of the requirements of the mediation process is that **both parties** must agree to mediate. Therefore, the charge will be processed in accordance with the EEOC's established procedures.

If not already submitted, the employer is hereby requested to respond to the Request for Information previously mailed to the organization by the date indicated in block 4 of the Notice of Charge of Discrimination.

Open discussion of this charge for settlement/resolution purposes will continue to be an option throughout the entire investigative process. If you have any questions in the interim please call (800) 669-4000.

Sincerely,

DEC 2 2 2010

Date

Carolyn Cobb
Supervisor Investigator

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Eddie Wooten
8460 Longhorn Drive
Justin, TX 76247

From: El Paso Area Office
300 E. Main Suite 500
El Paso, TX 79901

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 453-2012-00068 | Cathy Blanco, Investigator | (915) 534-4527 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

_Cathy Blanco for_    March 27, 2012
Jeffrey H. Zelmanow,
Area Office Director    (Date Mailed)

cc:
Chris Mandrell
Director of Human Resources
CITIBUS
P.O. Box 2000
Lubbock, TX 79457

Craig Johnston
2402 52nd St., Suite 12
Lubbock, TX 79412

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Chris Mandrell<br>Director of Human Resources<br>City Transit Mgt.Co., Inc. dba Citibus<br>P. O. Box 2000<br>Lubbock, TX 79457 | PERSON FILING CHARGE<br><br>**Eddie Wooten**<br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>EEOC CHARGE NO.<br>453-2012-00068 |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act (Title VII)  [ ] The Equal Pay Act (EPA)  [ ] The Americans with Disabilities Act (ADA)

[X] The Age Discrimination in Employment Act (ADEA)  [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to

If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Cathy Blanco,
Investigator
*EEOC Representative*

Telephone (915) 534-4527

El Paso Area Office
300 E. Main Suite 500
El Paso, TX 79901
Fax: (915) 534-6701

Enclosure(s): [X] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin  [X] Age  [ ] Disability  [X] Retaliation  [ ] Genetic Information  [ ] Other

See enclosed copy of charge of discrimination. **PLEASE NOTE: CHARGING PARTY AMENDED HIS CHARGE TO CORRECT RESPONDENT.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| JAN 19 2012 | Jeffrey H. Zelmanow,<br>Area Office Director | Cathy Blanco for |

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Human Resources Director<br>MCDONALD TRANSIT<br>801 Texas<br>Lubbock, TX 79401 | **PERSON FILING CHARGE**<br><br>**Eddie Wooten**<br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>EEOC CHARGE NO.<br>**453-2012-00068** |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act (Title VII)  [ ] The Equal Pay Act (EPA)  [ ] The Americans with Disabilities Act (ADA)

[X] The Age Discrimination in Employment Act (ADEA)  [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [X] Please respond fully by **19-DEC-11** to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **09-DEC-11** to **Katherine S. Perez, ADR Coordinator, at (210) 281-2507**
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have, should be directed to:

Carolyn G. Cobb,
Supervisory Investigator
EEOC Representative
Telephone (915) 534-4504

El Paso Area Office
300 E. Main Suite 500
El Paso, TX 79901
Fax: (915) 534-6701

Enclosure(s): [X] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION
[ ] Race [ ] Color [ ] Sex [ ] Religion [ ] National Origin [X] Age [ ] Disability [X] Retaliation [ ] Genetic Information [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Nov 17, 2011 | Jeffrey H. Zelmanow,<br>Area Office Director | Jeffrey Zelmanow |

Enclosure with EEOC Form 131



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
El Paso Area Office

300 E. Main Dr., Suite 500
El Paso, TX 79901-1331
Toll Free: 866-408-8075
Potential Charge Inquiries: 800-669-4000
TTY (915) 534-6710
FAX (915) 534-6701
http://www.eeoc.gov

Dallas District Office
San Antonio Field Office
El Paso Area Office

December 15, 2011

Chris Mandrell
Director of Human Resources
CITIBUS
801 Texas Ave.
Lubbock, TX 79401

RE: Charge No. 453-2012-00068
    Charging Party: Eddie Wooten

Dear Mr. Mandrell:

Charging Party and his attorney have requested that we amend the charge listed above to name the correct employer, CITIBUS, on the face of the charge. As soon as I receive the signed AMEMDED Charge from Charging Party, I will send you a new due date for your response to the AMENDED Charge. Thank you for your cooperation in this matter.

Sincerely,

*Cathy Blanco*

Cathy Blanco
Investigator
(915) 534-4527